IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | Bankruptcy No. 24-12233-amc |
|---|---|
| ANDREW S WHALEN<br>CRYSTAL R WHALEN<br>    Debtor,<br><br>TOYOTA LEASE TRUST,<br>    Movant,<br><br>        v.<br><br>ANDREW S WHALEN, and<br>CRYSTAL R WHALEN, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Chapter 13 |

## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

AND NOW, comes Movant, Toyota Lease Trust (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and files this Motion for Relief from the Automatic Stay (the "Motion"), representing as follows:

### THE PARTIES

1.     Respondents, Andrew S Whalen and Crystal R Whalen (the "Debtors"), are adult individuals with a place of residence located at 295 E. Winona Avenue, Norwood, PA 19074.

2.     Kenneth E. West is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3.     This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334.  Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.  Movant seeks relief pursuant to 11 U.S.C. § 362(d) and FRBP 4001 and 9014.

### FACTUAL BACKGROUND

4.     On or about June 28, 2024 (the "Petition Date"), Debtors filed a voluntary petition for relief pursuant to Chapter 13 of the Bankruptcy Code.

5. On or about October 31, 2022, Debtor, Andrew S Whalen leased a 2023 Toyota Tacoma, VIN: 3TMCZ5AN0PM535220 (the "Vehicle"), pursuant to a Motor Vehicle Lease Agreement (the "Lease") with the Movant, a true and correct copy of which is attached hereto as **Exhibit A**.

6. Movant has a secured interest in the Vehicle, as evidenced by the Certificate of Title attached hereto as **Exhibit B**.

7. The Lease requires monthly payments of $334.56, which amounts are due on or before the 1st of each month.

8. The Debtor has failed to make monthly payments to Movant from June 1, 2025 to September 1, 2025. The Debtor is $1,289.45 in arrears.

9. The total residual payoff of the Lease as of August 5, 2025, was $29,761.25.

10. The J.D. Power value for the 2023 Toyota Tacoma, VIN: 3TMCZ5AN0PM535220 is $30,675.00, the J.D. Power report is attached hereto as **Exhibit C**.

11. Movant is entitled to relief from the automatic stay for cause due to the Debtor has failed to make post-petition payments to Movant. 11 U.S.C. §362(d)(1).

WHEREFORE, Movant, Toyota Lease Trust respectfully requests that this Honorable Court enter an Order, pursuant to 11 U.S.C. § 362(d), granting Movant relief from stay with respect to the 2023 Toyota Tacoma, VIN: 3TMCZ5AN0PM535220.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.

By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. # 91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
Phone (412) 456-8112
Fax: (412) 456-8135

*Counsel for Toyota Lease Trust*

Dated: September 4, 2025