# J.D. POWER

8/5/2025

J.D. POWER Used Cars/Trucks

## Vehicle Information

| | |
|---|---|
| Vehicle: | 2023 Toyota Tacoma Crew Cab SR 4WD 3.5L V6 |
| Region: | Eastern |
| Period: | August 5, 2025 |
| VIN: | 3TMCZ5AN0PM535220 |
| Mileage: | 37,500 |
| Base MSRP: | $34,865 |
| Typically Equipped MSRP: | $36,360 |
| Weight: | 4,550 |



## J.D. POWER Used Cars/Trucks Values

| | Base | Mileage Adj. | Option Adj. | Adjusted Value |
|---|---|---|---|---|
| **Monthly Used** | | | | |
| Rough Trade-In | $29,300 | N/A | N/A | **$29,300** |
| Average Trade-In | $30,675 | N/A | N/A | **$30,675** |
| Clean Trade-In | $31,775 | N/A | N/A | **$31,775** |
| Clean Loan | $28,600 | N/A | N/A | **$28,600** |
| Clean Retail | $35,300 | N/A | N/A | **$35,300** |
| **Weekly Auction** | | | | |
| Low | $28,275 | N/A | N/A | **$28,275** |
| Average | $30,700 | N/A | N/A | **$30,700** |
| High | $33,150 | N/A | N/A | **$33,150** |

*The auction values displayed include typical eqiupment and adjustments for mileage and any of the following applicable accessories: engine size, drivetrain, and trim.