IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>ANDREW S WHALEN<br>CRYSTAL R WHALEN<br>    Debtor,<br><br>TOYOTA LEASE TRUST,<br>    Movant,<br><br>            v.<br><br>ANDREW S WHALEN, and<br>CRYSTAL R WHALEN, and<br>KENNETH E. WEST, Trustee,<br>    Respondents. | Bankruptcy No. 24-12233-amc<br><br>Chapter 13 |

## MOTION TO VACATE ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND REINSTATING THE AUTOMATIC STAY AS TO TOYOTA LEASE TRUST

AND NOW, comes Movant, Toyota Lease Trust (the "Movant"), by and through its undersigned counsel, Bernstein-Burkley, P.C., and in support of its Motion to Vacate Order Granting Motion for Relief from the Automatic Stay and Reinstating the Automatic Stay as to Toyota Lease Trust represents as follows:

### THE PARTIES

1. Respondents, Andrew S Whalen and Crystal R Whalen (the "Debtors"), are adult individuals with a place of residence located at 295 E. Winona Avenue, Norwood, PA 19074.

2. Kenneth E. West, is the duly appointed Chapter 13 Trustee and is currently acting in such capacity.

### JURISDICTION AND VENUE

3. This matter is a core proceeding and this Court has jurisdiction pursuant to 28 U.S.C. § 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

### FACTUAL BACKGROUND

4. On September 4, 2025, Movant filed a Motion for Relief from Stay at Docket Entry #23, on the basis that Debtors were in post-petition arrears to the Movant.

5. On October 1, 2025, an Order Granting Movant Relief from the Automatic Stay was entered based upon the claims made in Movant's Motion for Relief from the Automatic Stay, at Docket Entry #28.

6. Movant now wishes to vacate the Order Granting Motion for Relief from the Automatic Stay on the basis that Debtor has made payments to bring their account current with the Movant.

7. By this Motion, Movant seeks vacate the Order Granting Motion for Relief from the Automatic Stay and allow the Automatic Stay to continue as to the 2016 Nissan Pathfinder, VIN: 5N1AR2MM8GC667678 and the that terms outlined in the Stipulation remain in full force and effect.

WHEREFORE, Movant, Toyota Lease Trust, respectfully requests that this Honorable Court enter an Order, granting this Motion to Vacate Order Granting Motion for Relief from the Automatic Stay and Reinstating the Automatic Stay as to Toyota Lease Trust.

Respectfully submitted,

BERNSTEIN-BURKLEY, P.C.
By: /s/ Keri P. Ebeck
Keri P. Ebeck, Esq.
PA I.D. #91298
kebeck@bernsteinlaw.com
601 Grant Street, 9th Floor
Pittsburgh, PA 15219
(412) 456-8112

*Counsel for Toyota Lease Trust*

Dated: October 9, 2025